IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

ERIC PASSALACQUA,

           Defendant.

23-CR-6067 FPG

**INFORMATION**
(Felony)

**Violations:**
18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1)

## COUNT 1
### (Distribution of Child Pornography)

**The United States Attorney Charges That:**

Between on or about December 10, 2020 and on or about January 24, 2023, in the Western District of New York and elsewhere, the defendant, ERIC PASSALACQUA, did knowingly distribute child pornography as defined in Title 18, United States Code, Section 2256(8), that is, an image of Victim 1, that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

## COUNT 2
### (Receipt of Child Pornography)

**The United States Attorney Further Charges That:**

Between on or about December 10, 2020 and on or about January 24, 2023, in the Western District of New York and elsewhere, the defendant, ERIC PASSALACQUA, did knowingly receive child pornography as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and

foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(2).**

## FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of the offenses alleged in Counts 1 and 2 of this Information, the defendant, ERIC PASSALACQUA, shall forfeit to the United States of America any property which contains a visual depiction of child pornography, pursuant to Title 18, United States Code, Section 2253(a)(1), and any and all property, real and personal, used or intended to be used to commit or to promote the commission of such offense, pursuant to Title 18, United States Code, Section 2253(a)(3), and all property traceable to such property, including but not limited to the following:

a. One (1) Samsung Galaxy S10e; S/N R58M80Y4M5P.

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

Dated: Rochester, New York, May 25, 2023.

TRINI E. ROSS
United States Attorney

BY: _____
KYLE P. ROSSI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585/263-6760
Kyle.Rossi@usdoj.gov